151 A.3d 967

COLLEEN ANGELONI-SIMKIN, PLAINTIFF-PETITIONER
v. ALL STAR ONE, LLC AND KAREN BRENNER,
DEFENDANTS-RESPONDENTS.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003929-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

151 A.3d 967

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ALEX ROBLES, DEFENDANT-PETITIONER.

FILED September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-3251-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.